DATE FILED: March 7, 2024 1:50 PM
FILING ID: EA2E3F62FB9E8
CASE NUMBER: 2024CV30429

| | |
|---|---|
| DISTRICT COURT, COUNTY OF EL PASO, COLORADO<br>270 S. Tejon Street<br>Colorado Springs, CO 80903 | |
| **Plaintiff: CHERYL JUREKOVIC**<br><br>**Defendants: HD DEVELOPMENT OF MARYLAND, INC., a Maryland corporation licensed to do business in the State of Colorado, and HOME DEPOT U.S.A., INC. d/b/a THE HOME DEPOT, a Delaware corporation licensed to do business in the State of Colorado** | ▲ COURT USE ONLY ▲ |
| Attorney for Plaintiff:<br>Robert J. Anderson, P.C.<br>Robert J. Anderson, #10782<br>Scott F. Anderson, #44980<br>Timothy G. Buxton, #25346<br>217 East Fillmore Street<br>Colorado Springs, CO, 80907<br>Phone Number: (719) 473-3040<br>Fax Number: (719) 473-0138<br>Email: rja@lawrja.com; scott@lawrja.com; tim@lawrja.com | Case Number:<br><br>Div: Ctrm: |
| **COMPLAINT** | |

Plaintiff, Cheryl Jurekovic, by and through her attorneys of record, ROBERT J. ANDERSON, P.C., hereby Complains against Defendants, and states as follows:

**JURISDICTION AND VENUE**

1. Plaintiff Cheryl Jurekovic is a private individual, resident of El Paso County, Colorado, with a mailing address of 146 Summer Creek Lane, Sanford, NC 27332.

2. Defendant HD Development of Maryland, Inc. is a Maryland corporation in good standing, with a principal address of 2455 Paces Ferry Road SE, Atlanta, GA 30339. Their registered agent is Corporation Service Company.

3. Defendant Home Depot U.S.A., Inc. d/b/a The Home Depot is a Delaware corporation in good standing, with a principal address of 2455 Paces Ferry Road, Atlanta, GA 30339. Their registered agent is Corporation Service Company.



EXHIBIT A

4. This suit stems from an incident occurring in El Paso County, Colorado.

5. This Court has jurisdiction over the parties and subject matter and venue is proper in El Paso County.

**FIRST CAUSE OF ACTION**
**CLAIM UNDER COLORADO'S PREMISES LIABILITY ACT, C.R.S. § 13-21-115**

6. Paragraphs 1 through 5 are incorporated herein.

7. On April 19, 2022, Plaintiff was a customer at Defendants HD Development of Maryland, Inc. and Home Depot U.S.A., Inc. d/b/a The Home Depot (hereinafter referred to as The Home Depot), store number 1541, located at 15888 Jackson Creek Parkway, Monument, CO 80132.

8. At the time of this incident, Plaintiff walked into the gardening department of the store. Employees of The Home Depot had run a water hose on the floor across the aisle without posting a proper warning cone or sign indicating the trip hazard.

9. Plaintiff tripped over the water hose and fell onto the concrete floor.

10. The condition of Defendants' above-described property was a dangerous condition.

11. Defendants failed to exercise reasonable care and to protect against a known danger by failing to keep the walkways free from debris and other items.

12. C.R.S. § 13-21-115 applies to this action. Plaintiff is hereby alleging a violation of the duties owed under the Act that corresponds with the status of Plaintiff.

13. The defendants are a "landowner" as defined in C.R.S. § 13-21-115(1).

14. Plaintiff Jurekovic was on the Defendants' property as an "invitee" as that term is defined in section (5)(a) of C.R.S. § 13-21-115.

15. In the event Plaintiff is determined not to be an "invitee" as defined by C.R.S. § 13-21-115, Plaintiff still claims a violation of C.R.S. § 13-21-115 under whatever status Plaintiff is deemed to have, i.e. "invitee", "licensee", "trespasser".

16. Defendants actually knew about a danger on the property or, as a person using reasonable care, should have known about it.

17. Defendants failed to use reasonable care to protect against the danger on the property.

18. As a direct and proximate result of the Defendants' failure to use reasonable care to protect against the danger on its property, Plaintiff has sustained injuries including, but not limited to, right ankle pain including surgery to the right ankle; neck pain including a C5-7 anterior cervical discectomy and fusion; pain and burning in the hands radiating to the wrist, forearm, elbows, shoulders and into the neck; and a concussion, resulting in mental and physical pain and suffering. Plaintiff has also incurred medical and other related expenses as a result of said injuries.

19. As a further proximate result of Defendant's' failure to use reasonable care to protect against the danger on its property, Plaintiff has and will incur in the future physical and mental pain and suffering and loss of enjoyment of life; Plaintiff has and will continue to experience physical impairment, permanent scarring or disfigurement; Plaintiff has incurred, and will continue to incur, medical expenses, as well as economic and non-economic loss.

## SECOND CAUSE OF ACTION
## IN THE ALTERNATIVE, NEGLIGENCE

20. Paragraphs 1 through 19 are incorporated herein.

21. In the event C.R.S. § 13-21-115 does not apply, Plaintiff pleads negligence in the alternative.

22. Defendants owed duties to Plaintiff to make the premises safe and/or warn of the dangerous condition on the premises.

23. Defendants negligently violated those duties.

24. Defendants' negligence is the cause of Plaintiff's injuries as stated in paragraphs 18 and 19.

25. As a result, Plaintiff sustained damages as set forth herein.

26. All conditions precedent have been met.

**WHEREFORE,** Plaintiff prays for judgment against Defendants in an amount which is undetermined at this time, plus interest from the date of occurrence, or as provided by law, for bodily injury, medical costs, economic loss, non-economic loss, permanent impairment, costs in bringing this action, and any other relief which this Court might deem appropriate.

Respectfully submitted this 7th day of March, 2024.

ROBERT J. ANDERSON, P.C.

Scott F. Anderson - #44980
Attorney for Plaintiff